

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Saadya Mastafa, *et al.* | ) | Case No. 07 CIV 7955 |
| | ) | |
| Plaintiffs, | ) | Judge Kaplan |
| | ) | |
| v. | ) | |
| | ) | |
| Australian Wheat Board Limited, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mary S. Birkett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Dennis E. Murray, Sr.
    Firm Name:    Murray & Murray Co., LPA
    Address:    111 East Shoreline Drive
    City/State/Zip:    Sandusky, Ohio 44870
    Telephone:    (419) 624-3000
    Facsimile:    (419) 624-0707

Dennis E. Murray, Sr. is a member in good standing of the Bar of the States of Ohio, Michigan, and Florida.

---

There are no pending disciplinary proceedings against Dennis E. Murray, Sr. in any state or federal court.

Dated: October 23, 2007
     Sandusky, Ohio

Respectfully submitted,

*/s/ Mary S. Birkett*

| | |
|---|---|
| Sponsor's Name: | Mary S. Birkett |
| Firm Name: | Murray & Murray Co., LPA |
| Address: | 111 East Shoreline Drive |
| City/State/Zip: | Sandusky, Ohio 44870 |
| Telephone: | (419) 626-7003 |
| Facsimile: | (419) 624-0707 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* ) | |
| ) | Case No. 07 CIV 7955 |
| Plaintiffs, ) | |
| v. ) | Judge Kaplan |
| Australian Wheat Board Limited, *et al.* ) | |
| Defendants. ) | |

**AFFIDAVIT OF MARY S. BIRKETT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of Ohio      )
                         )  ss:
County of Erie   )

Mary S. Birkett, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Dennis E. Murray, Sr. as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bars of the States of New York, Ohio, and Georgia and was admitted to practice law on March 14, 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Dennis E. Murray, Sr. since 1996.

4. Mr. Murray is a partner of Murray & Murray Co., LPA in Sandusky, Ohio, the firm with which I am affiliated.

5. I have found Mr. Murray to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the federal rules of procedure.

6. Accordingly, I am pleased to move the admission of Dennis E. Murray, Sr., pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis E. Murray, Sr., pro hac vice, which is attached hereto as Exhibit A

WHEREFORE, it is respectfully requested that the motion to admit Dennis E. Murray, Sr., pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: October 23, 2007

Sandusky, Ohio

Respectfully submitted,

__/s/ Mary S. Birkett__
Mary S. Birkett
SDNY Bar Code: MB 4770

Sworn to me before this _23_ day of October, 2007.

_____
NOTARY PUBLIC



AMANDA M. OSTHEIMER, Notary Public
State of Ohio
My Commission Expires _____

# The Supreme Court of Ohio

## CERTIFICATE

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Dennis Emmett Murray Sr.

was admitted to the practice of law in Ohio on October 17, 1964; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of October, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Counsel*

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## Dennis Emmett Murray

was admitted to the practice of law in the courts of the State of Michigan on

## January 22, 1964

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: October 16, 2007

_____
Deputy Clerk

# Supreme Court of Florida

I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## DENNIS E. MURRAY

was admitted as an Attorney and Counsellor entitled to practice law in all the Courts of the State of Florida on **December 7, 1967**, is presently inactive, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the capital, this October 15, 2007.

*Clerk of the Supreme Court of Florida*

10/25/07
SDNY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* ) | |
| ) | Case No. 07 CIV 7955 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge Kaplan |
| ) | |
| Australian Wheat Board Limited, *et al.* ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, the foregoing Motion to Admit Dennis E. Murray, Sr. as counsel Pro Hac Vice in this action, together with the supporting affidavit and proposed order, was served by first class mail upon:

Timothy G. Cameron
CRAVATH, SWAINE, & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

*Attorney for Defendant*
*Australian Wheat Board Limited*

and

Jennifer L. Spaziano
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Ave., NW
Washington, D.C. 20005

*Attorney for Defendant*
*BNP Paribas*

/s/ Mary S. Birkett

Mary S. Birkett
MURRAY & MURRAY CO, LPA
111 East Shoreline Drive
Sandusky, Ohio 44870
Direct Dial: (419) 626-7003
Facsimile: (419) 624-0707

*Attorney for Plaintiffs*