SCANNED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Saadya Mastafa, *et al.* | ) | Case No. 07 CIV 7955 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Kaplan |
| v. | ) | |
| | ) | |
| Australian Wheat Board Limited, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** (Doc ~~ #4)

Upon the motion of Mary S. Birkett, attorney for Plaintiffs, and upon her affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dennis E. Murray Sr. |
| Firm Name: | Murray & Murray Co., LPA |
| Address: | 111 East Shoreline Drive |
| City/State/Zip: | Sandusky, Ohio 44870 |
| Telephone/Fax: | (419) 624-3000 / (419) 624-0707 |
| Email Address: | DMsr@murrayandmurray.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United Stated District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District/Magistrate Judge

11/7/07