UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAADYA MASTAFA, et al.,

                                          Plaintiffs,

              vs.

AUSTRALIAN WHEAT BOARD LIMITED,
et al.,

                                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

07 CV 7955 (GEL)

ECF CASE

STIPULATION
AND [~~PROPOSED~~] ORDER

WHEREAS, the Court has asked counsel for plaintiffs and defendants in this action to confer and agree upon a schedule for the briefing of motions to dismiss, such schedule to follow as closely as possible the briefing schedule in Karim, et al. v. AWB Limited, et al., Civil Action No. 06-cv-15400 (GEL), which was filed in this Court on December 22, 2006 (the "Karim" Action");

WHEREAS, the parties to this action have so conferred, and desire to establish an orderly schedule for responses to plaintiffs' Complaint in this action by defendants, to address service of process and to establish procedures for service of pleadings and papers in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, subject to approval of the Court, as follows:

1.      Unless otherwise agreed by all parties, each defendant will respond to plaintiffs' Complaint in the above-cationed matter on or before December 14, 2007, by serving and filing its Answer, Motion to Dismiss or other responsive pleading. The page limitation for a memorandum of law filed by each defendant in support of a Motion to Dismiss shall be extended from 25 to 35 pages.

2.      If any defendant files a Motion to Dismiss plaintiffs' Complaint in the above-captioned matter, plaintiffs' papers in opposition to such Motion(s) shall be served and filed on or before January 25, 2008. The page limitation for plaintiffs' memorandum of law in opposition to each defendant's Motion to Dismiss shall be extended from 25 to 35 pages.

3.      Each moving defendant shall serve and file its reply papers in support of such Motion(s) on or before February 22, 2008. The page limitation for a reply memorandum of law filed by each defendant in further support of a Motion to Dismiss shall be extended from 10 to 15 pages.

4.      Each defendant hereby acknowledges that service of process in this action has been effected. Each defendant hereby expressly reserves all defenses it may have, other than insufficiency of service of process, to plaintiffs' claims in this action and expressly reserves its right to assert, among other defenses, that this Court lacks subject matter jurisdiction, lacks personal jurisdiction with respect to that defendant or is an inconvenient forum.

5.      Henceforth, filing and service of all pleadings and court papers in this action shall be effected by compliance with the Southern District of New York Procedures for Electronic Case Filing and Local Civil Rule 5.2. All parties shall, in addition, provide courtesy copies of all documents filed with the Court after the date of this stipulation that have not already been served to counsel for the other parties by delivering by email a PDF file (or PDF files) containing all such documents to:

(a)     In the case of plaintiffs:

Mary S. Birkett, Esq.
Dennis E. Murray, Sr., Esq.
John T. Murray, Esq.
Leslie O. Murray, Esq.
Murray & Murray Co., L.P.A.

Email: mso@murrayandmurray.com
dennis@murrayandmurray.com
jotm@murrayandmurray.com
leslie@murrayandmurray.com

(b)    In the case of defendants AWB Limited and AWB (U.S.A.) Limited:

Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Daniel Roeser, Esq.
Cravath, Swaine & Moore LLP
Email: rbaron@cravath.com
tcameron@cravath.com
droeser@cravath.com

(c)    In the case of defendant BNP Paribas:

Jennifer L. Spaziano, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Email: jspazian@skadden.com

6.    Any correspondence relating in any way to this action that is sent or delivered in any fashion to the Court shall be delivered simultaneously to the other counsel identified in paragraph 5 above, including by email attaching a PDF file (or PDF files) containing the complete contents of such correspondence.

7.    Within 14 days following the resolution of all motions pursuant to Fed. R. Civ. P. 12(b), unless this action shall have been dismissed in its entirety, counsel for all parties shall meet and confer regarding a proposed schedule for (a) Fed. R. Civ. P. 26(a)(1) disclosures, (b) discovery with respect to class certification issues, and (c) discovery with respect to the merits of the action, and a proposed Civil Case Management Plan ("CCMP"). Within 10 days thereafter, the parties shall submit an agreed CCMP for the Court's approval or, if there are any disagreements with respect to the matters to be addressed in the CCMP, shall submit such disputes to the Court for resolution. This Stipulation shall not waive or prejudice the right of plaintiffs to seek appropriate discovery in connection with the Court's consideration of a motion

-3-

to dismiss pursuant to Fed. R. Civ. P. 12(b) with respect to a matter that is raised by a moving

defendant as a ground for such a motion.

Dated: November __9__, 2007

MURRAY & MURRAY CO., L.P.A.

by _____

Mary S. Birkett
Dennis E. Murray, Sr.
John T. Murray
Leslie O. Murray

111 East Shoreline Drive
Sandusky, OH 44871
Telephone: (419) 624-3000
Telecopy: (419) 624-0707

*Counsel for Plaintiffs*

CRAVATH, SWAINE & MOORE LLP

by _____

Robert H. Baron
Timothy G. Cameron

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Telecopy: (212) 474-3700

*Counsel for Defendants AWB Limited and
AWB (U.S.A.) Limited*

-4-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

by _____
William J. O'Brien, III

Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Telecopy: (212) 735-2000/1

Robert S. Bennett
Jennifer L. Spaziano
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Telecopy: (202) 393-5760

*Counsel for Defendant BNP Paribas*

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

11/9/07