UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAADYA MASTAFA and : 
KAFIA ISMAIL, :
                                                : Index No. 07 CV 7955 (GEL)
                Plaintiffs, :
                                                : Electronically Filed
       - against - :
                                                  :
AUSTRALIAN WHEAT BOARD LIMITED :
a/k/a AWB LIMITED and AWB (U.S.A.) :
LIMITED; and BNP PARIBAS, :
                                                  :
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      The attorneys listed below, both members of this Court in good standing, respectfully enter their appearance as counsel for defendant BNP Paribas, and give notice that they have been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of BNP Paribas.

Dated:  November 20, 2007
        New York, New York

                                                  SKADDEN, ARPS, SLATE, MEAGHER
                                                      & FLOM LLP

                                                  s/William J. O'Brien
                                                  William J. O'Brien
                                                  Four Times Square
                                                  New York, New York 10036-6522
                                                  (Tel.) (212) 735-3000
                                                  (Fax) (212) 735-2000
                                                  wobrien@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Robert S. Bennett
1440 New York Avenue, N.W.
Washington, DC 20005
(Tel.) (202) 371-7000
(Fax) (202) 393-5760

Attorneys for Defendant BNP Paribas

2