UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SAADYA MASTAFA and KAFIA ISMAIL, : : : Plaintiffs, : : - against - : : AUSTRALIAN WHEAT BOARD LIMITED : a/k/a AWB LIMITED and AWB (U.S.A.) : LIMITED; and BNP PARIBAS, : : Defendants. : | Index No. 07 CV 7955 (GEL) Electronically Filed |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The attorneys listed below, both members of this Court in good standing, respectfully enter their appearance as counsel for defendant BNP Paribas, and give notice that they have been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of BNP Paribas.

Dated: November 20, 2007
      New York, New York

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                             &FLOM LLP

                                        s/William J. O'Brien
                                        William J. O'Brien
                                        Four Times Square
                                        New York, New York 10036-6522
                                        (Tel.) (212) 735-3000
                                        (Fax) (212) 735-2000
                                        wobrien@skadden.com

2

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Robert S. Bennett
1440 New York Avenue, N.W.
Washington, DC 20005
(Tel.) (202) 371-7000
(Fax) (202) 393-5760

Attorneys for Defendant BNP Paribas

705570-New York Server 2A - MSW