UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SADDYA MASTAFA and
KAFIA ISMAIL,

                 Plaintiffs,

       - against -

AUSTRALIAN WHEAT BOARD LIMITED
a/k/a AWB LIMITED and AWB (U.S.A.)
LIMITED; and BNP PARIBAS,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07 CV 7955 (GEL)

Electronically Filed

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BNP PARIBAS

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant BNP Paribas, by and through its undersigned counsel, states the following:

      1.     BNP Paribas is a French Public Limited Company, or "société anonyme," organized and existing under French law.  It has no corporate parent.

      2.     No publicly-held corporation owns 10% or more of BNP Paribas stock.

Dated:  November 20, 2007
       New York, New York

                              SKADDEN, ARPS, SLATE, MEAGHER
                               &FLOM LLP

                              s/William J. O'Brien
                              William J. O'Brien
                              Four Times Square
                              New York, New York 10036-6522
                              (Tel.) (212) 735-3000
                              (Fax) (212) 735-2000
                              wobrien@skadden.com

2

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Robert S. Bennett
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(Tel.) (202) 371-7000
(Fax) (202) 393-5760

Attorneys for Defendant BNP Paribas

705572-New York Server 2A - MSW