UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAADYA MASTAFA and
KAFIA ISMAIL,

                     Plaintiffs,

    - against -

AUSTRALIAN WHEAT BOARD LIMITED
a/k/a AWB LIMITED and AWB (U.S.A.)
LIMITED; and BNP PARIBAS,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07 CV 7955 (GEL)

ECF CASE

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William J. O'Brien, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Jennifer L. Spaziano
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    1440 New York Avenue, N.W.
    Washington, D.C. 20005
    (Tel.) (202) 371-7000
    (Fax) (202) 393-5760

Ms. Spaziano is a member of good standing of the bars of the District of Columbia and State of California. There are no pending disciplinary proceedings against Ms. Spaziano in any State or Federal court.

Dated: November 21, 2007
      New York, New York

                                  Respectfully submitted,

                                  SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

                                  _____
                                  William J. O'Brien
                                  Four Times Square
                                  New York, New York 10036-6522
                                  (Tel.) (212) 735-3000
                                  (Fax) (212) 735-2000
                                  wobrien@skadden.com

                                  SKADDEN, ARPS, SLATE, MEAGHER
                                   & FLOM LLP
                                  Robert S. Bennett
                                  1440 New York Avenue, N.W.
                                  Washington, D.C. 20005
                                  (Tel.) (202) 371-7000
                                  (Fax) (202) 393-5760

                                  Attorneys for Defendant BNP Paribas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SAADYA MASTAFA and
KAFIA ISMAIL,

                Plaintiffs,

      - against -

AUSTRALIAN WHEAT BOARD LIMITED
a/k/a AWB LIMITED and AWB (U.S.A.)
LIMITED; and BNP PARIBAS,

                Defendants.
------------------------------------x

Index No. 07 CV 7955 (GEL)

ECF CASE

## DECLARATION OF WILLIAM J. O'BRIEN

I, WILLIAM J. O'BRIEN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am an attorney with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendant BNP Paribas in the above-captioned action. I am familiar with the facts set forth herein and respectfully submit this Declaration in support of my motion, pursuant to Local Rule 1.3(c), for the admission of Jennifer L. Spaziano to the bar of this Court *pro hac vice*.

2.     I am admitted to practice in, and a member in good standing of, the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3.     Ms. Spaziano is a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and is resident in the firm's Washington, D.C. office. Ms. Spaziano is a member in good standing of the bars of the District of Columbia and the State of California, and is admitted to practice in the courts of the District of Columbia, the courts of the State of California, the United States Courts of Appeal for the Ninth and Tenth Circuits, the United States District

Courts for the Central, Southern and Northern Districts of California, and the United States District Court for the Eastern District of Michigan. Attached hereto as Exhibits A and B are Ms. Spaziano's certificates of good standing for the bar of the District of Columbia and the State of California. There are no pending disciplinary proceedings against Ms. Spaziano in any State or Federal court.

4.    I have known Ms. Spaziano since 2006, and have found her to be a skilled attorney and a person of integrity. She is experienced in federal practice, and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

5.    For the reasons set forth above, I respectfully request that Ms. Spaziano be admitted to the bar of this Court *pro hac vice*. A proposed Order is attached hereto as Exhibit C.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of November, 2007.

_____
William J. O'Brien

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JENNIFER L. SPAZIANO

was on the 9TH day of APRIL, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 9, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
   Deputy Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639        TELEPHONE: 888-800-3400

October 31, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER LYNN SPAZIANO, #180225 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SAADYA MASTAFA and                              :
KAFIA ISMAIL,                                   :
                                                :   Index No. 07 CV 7955 (GEL)
                    Plaintiffs,                 :
                                                :   ECF CASE
        - against -                             :
                                                :
AUSTRALIAN WHEAT BOARD LIMITED                  :
a/k/a AWB LIMITED and AWB (U.S.A.)              :
LIMITED; and BNP PARIBAS,                       :
                                                :
                    Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## [PROPOSED] ORDER

Upon the motion of William J. O'Brien, attorney for defendant BNP Paribas, and said sponsor attorney's declaration in support thereof;

**IT IS HEREBY ORDERED THAT**

>   Jennifer L. Spaziano
>   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>   1440 New York Avenue, N.W.
>   Washington, D.C. 20005
>   (Tel.) (202) 371-7000
>   (Fax) (202) 393-5760

is admitted to practice *pro hac vice* as counsel for BNP Paribas in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov.

Dated:                                          _____
                                                Gerard E. Lynch
                                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SADDYA MASTAFA and                          :
KAFIA ISMAIL,                               :
                                            :   Index No. 07 CV 7955 (GEL)
                 Plaintiffs,                :
                                            :   ECF Case
      - against -                           :
                                            :
AUSTRALIAN WHEAT BOARD LIMITED              :
a/k/a AWB LIMITED and AWB (U.S.A.)          :
LIMITED; and BNP PARIBAS,                   :
                                            :
                 Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, William J. O'Brien, a member of the bar of this Court, hereby certify under penalty of perjury that on the 21st day of November 2007, I caused the attached Motion for Admission *Pro Hac Vice*, with supporting papers annexed thereto, to be delivered to the counsel identified on the service list below by depositing true copies thereof, postage prepaid, with the United States Postal Service for delivery by regular mail. In addition, courtesy copies were delivered by email to the attorneys listed below at the email addresses listed below.

Dated: November 21, 2007
       New York, New York

_____
William J. O'Brien

## SERVICE LIST

Robert Baron, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel. (212) 474-1000
Fax: (212) 474-3700
rbaron@cravath.com
tcameron@cravath.com
droeser@cravath.com
Attorneys for Defendant AWB Limited and AWB (U.S.A.) Limited

Dennis E. Murray, Esq.
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44871
Tel. (419) 624-3000
Fax (419) 624-0707
mso@murrayandmurray.com
dennis@murrayandmurray.com
jotm@murrayandmurray.com
leslie@murrayandmurray.com
Attorneys for Plaintiff

2