```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAADYA MASTAFA and
KAFIA ISMAIL,

                Plaintiffs,

   - against -

AUSTRALIAN WHEAT BOARD LIMITED
a/k/a AWB LIMITED and AWB (U.S.A.)
LIMITED; and BNP PARIBAS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07 CV 7955 (GEL)

ECF CASE

## [PROPOSED] ORDER

Upon the motion of William J. O'Brien, attorney for defendant BNP Paribas, and said sponsor attorney's declaration in support thereof;

**IT IS HEREBY ORDERED THAT**

>Jennifer L. Spaziano
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>1440 New York Avenue, N.W.
>Washington, D.C. 20005
>(Tel.) (202) 371-7000
>(Fax) (202) 393-5760

is admitted to practice *pro hac vice* as counsel for BNP Paribas in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov.

Dated: Dec 5, 2007

_____
Gerard E. Lynch
United States District Judge