**RECEIVED**
BY: [signature] DATE: 12/8/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* ) | Case No. 07 CIV 7955 |
| ) | |
| Plaintiffs, ) | Judge Kaplan |
| ) | |
| v. ) | |
| ) | |
| Australian Wheat Board Limited, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mary S. Birkett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Leslie O. Murray |
| Firm Name: | Murray & Murray Co., LPA |
| Address: | 111 East Shoreline Drive |
| City/State/Zip: | Sandusky, Ohio 44870 |
| Telephone: | (419) 624-3010 |
| Facsimile: | (419) 624-0707 |

Leslie O. Murray is a member in good standing of the Bar of the State of Ohio.

There are no pending disciplinary proceedings against Leslie O. Murray in any state or federal court.

Dated: October 29, 2007
      Sandusky, Ohio

Respectfully submitted,

/s/ Mary S. Birkett

| | |
|---|---|
| Sponsor's Name: | Mary S. Birkett |
| Firm Name: | Murray & Murray Co., LPA |
| Address: | 111 East Shoreline Drive |
| City/State/Zip: | Sandusky, Ohio 44870 |
| Telephone: | (419) 626-7003 |
| Facsimile: | (419) 624-0707 |



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* | )<br>)<br>) Case No. 07 CIV 7955 |
| Plaintiffs, | )<br>) |
| v. | ) Judge Kaplan<br>) |
| Australian Wheat Board Limited, *et al.* | )<br>)<br>) |
| Defendants. | ) |

**AFFIDAVIT OF MARY S. BIRKETT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of Ohio    )
                 ) ss:
County of Erie   )

Mary S. Birkett, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Leslie O. Murray as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bars of the States of New York, Ohio, and Georgia and was admitted to practice law on March 14, 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Leslie O. Murray since 2004.

4. Ms. Murray is a partner of Murray & Murray Co., LPA in Sandusky, Ohio, the firm with which I am affiliated.

5. I have found Ms. Murray to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the federal rules of procedure.

6. Accordingly, I am pleased to move the admission of Leslie O. Murray, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Leslie O. Murray, pro hac vice, which is attached hereto as Exhibit A

WHEREFORE, it is respectfully requested that the motion to admit Leslie O. Murray, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: October 29, 2007

Sandusky, Ohio

Respectfully submitted,

_____
Mary S. Birkett
SDNY Bar Code: MB 4770

Sworn to me before this 29th day of October, 2007.

_____
NOTARY PUBLIC



AMANDA M. OSTHEIMER, Notary Public
State of Ohio
My Commission Expires 2012

# 𝔗𝔥𝔢 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔒𝔥𝔦𝔬

## CERTIFICATE

     I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Leslie Olsen Murray** was admitted to the practice of law in Ohio on **November 16, 2006**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

     I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Commissioners on Grievances and Discipline has filed a report recommending that the Supreme Court impose discipline against Ms. Murray pursuant to Gov. Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Ms. Murray pursuant to Gov. Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Ms. Murray with the Supreme Court.

     IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 22nd day of October, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Counsel*

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Leslie Olsen Murray

was admitted to the practice of law in Ohio on November 16, 2006; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 19th day of October, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Counsel*

# The Supreme Court of Ohio

OFFICE OF ATTORNEY SERVICES
65 SOUTH FRONT STREET, COLUMBUS, OH 43215-3431

CHIEF JUSTICE
THOMAS J. MOYER

JUSTICES
PAUL E. PFEIFER
EVELYN LUNDBERG STRATTON
MAUREEN O'CONNOR
TERRENCE O'DONNELL
JUDITH ANN LANZINGER
ROBERT R. CUPP

TELEPHONE 614.387.9320
TOLL FREE 800.826.9010
FACSIMILE 614.387.9323
www.supremecourtofohio.gov

OCTOBER 19, 2007

Leslie O. Murray
111 East Shoreline Drive
Sandusky, OH 44870

Dear Sir or Madam:

Enclosed please find the certificate(s) you requested. Please note that, regarding certificates of good standing with disciplinary history, we can only verify whether the Board of Commissioners on Grievances and Discipline ("Board") has ever filed a report with the Supreme Court of Ohio recommending that the Court discipline an attorney; whether any disciplinary matter was or currently is pending before the Court against an attorney; or, whether the Court has ever imposed a disciplinary sanction against an attorney. See Rule V of the Supreme Court Rules for the Government of the Bar of Ohio ("Disciplinary Procedure").

For verification about possible disciplinary cases that may be pending against an attorney before the Board but that have not been filed with the Supreme Court, you should contact the Board at 65 South Front Street, Fifth Floor, Columbus, Ohio, 43215-3431, telephone 614.387.9370. Also note that grievances against attorneys are initially filed with either the Office of Disciplinary Counsel (250 Civic Center Drive, Suite 325, Columbus, Ohio, 43215-5454, telephone 614.461.0256) or a bar association certified grievance committee. You should contact these entities separately for verification of whether any grievances have been filed against an attorney. Effective July 1, 2003, there is no fee for a certificate of good standing. If you have any questions, do not hesitate to contact me at 614.387.9318.

Very truly yours,

D. Allan Asbury
Attorney Services Counsel

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* ) | Case No. 07 CIV 7955 |
| ) | |
| Plaintiffs, ) | |
| ) | Judge Kaplan |
| v. ) | |
| ) | |
| Australian Wheat Board Limited, *et al.* ) | |
| ) | |
| Defendants. ) | |

**Order for Admission Pro Hac Vice on Written Motion**

Upon the motion of Mary S. Birkett, attorney for Plaintiffs, and upon her affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name:   Leslie O. Murray
>
> Firm Name:   Murray & Murray Co., LPA
>
> Address:   111 East Shoreline Drive
>
> City/State/Zip:   Sandusky, Ohio 44870
>
> Telephone/Fax:   (419) 624-3010 / (419) 624-0707
>
> Email Address:   Leslie@murrayandmurray.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United Stated District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa, *et al.* ) | |
| ) | Case No. 07 CIV 7955 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge Kaplan |
| ) | |
| Australian Wheat Board Limited, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, the foregoing Motion to Admit Leslie O. Murray, as counsel Pro Hac Vice in this action, together with the supporting affidavit and proposed order, was served by first class mail upon:

Timothy G. Cameron
CRAVATH, SWAINE, & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

*Attorney for Defendant*
*Australian Wheat Board Limited*

and

Jennifer L. Spaziano
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Ave., NW
Washington, D.C. 20005

*Attorney for Defendant*
*BNP Paribas*

_____
Mary S. Birkett
MURRAY & MURRAY CO, LPA
111 East Shoreline Drive
Sandusky, Ohio 44870
Direct Dial: (419) 626-7003
Facsimile: (419) 624-0707

*Attorney for Plaintiffs*