Robert S. Bennett
Alan Kriegel
Jennifer L. Spaziano (pro hac vice)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7000
Email: jen.spaziano@skadden.com

William J. O'Brien, III
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Email: wobrien@skadden.com

Attorneys for Defendant BNP Paribas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SAADYA MASTAFA and KAFIA ISMAIL,          :

       Plaintiffs,
                                          :

  - against -
                                          :    Civil Action No.
AUSTRALIAN WHEAT BOARD LIMITED a/k/a        07-CV-7955 (GEL)
AWB LIMITED and AWB (U.S.A.) LIMITED; and :
BNP PARIBAS,                                ECF CASE
                                          :

       Defendants.
                                          :
---------------------------------------------------------------- x

**NOTICE OF MOTION OF DEFENDANT BNP PARIBAS TO DISMISS
<u>PLAINTIFFS' CLASS ACTION COMPLAINT</u>**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law (and any reply memorandum filed hereafter); the Declaration of Jennifer L. Spaziano, dated December 14, 2007, and the exhibits thereto; Plaintiffs' Class Action Complaint; and all prior pleadings and proceedings had herein, defendant BNP Paribas, by and through its attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036 and 1440 New York Avenue NW, Washington, DC 20005, will move this Court, before the Honorable Gerard E. Lynch, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing, with prejudice, the Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court may deem just and proper.

Dated: December 14, 2007
      Washington, DC

/s/ Jennifer L. Spaziano
Robert S. Bennett
Alan Kriegel
Jennifer L. Spaziano (pro hac vice)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7000
Email: jen.spaziano@skadden.com

William J. O'Brien, III
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Email: wobrien@skadden.com

Attorneys for Defendant BNP Paribas