CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on December 14, 2007, I caused a true copy of the

- *Notice of Motion of Defendant BNP Paribas to Dismiss Plaintiffs' Class Action Complaint,*

- *Declaration of Jennifer L. Spaziano in Support of the Motion of Defendant BNP Paribas to Dismiss Plaintiffs' Class Action Complaint* executed on December 14, 2007 with the exhibits annexed thereto and

- *Memorandum of Law in Support of the Motion of Defendant BNP Paribas to Dismiss the Plaintiffs' Class Action Complaint*

to be served by first-class mail upon:

Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Daniel Roeser, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Dated: New York, New York
       December 14, 2007

                                            /s/ Jennifer L. Spaziano
                                               Jennifer L. Spaziano