UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAADYA MASTAFA and KAFIA ISMAIL,

                      Plaintiffs,

    v.

AUSTRALIAN WHEAT BOARD LIMITED aka
AWB LIMITED, AWB (U.S.A.) LIMITED, and
BANQUE NATIONALE DE PARIS PARIBAS,

                      Defendants.

ECF CASE

No. 07 CIV 7955 (GEL)

---

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANTS AWB LIMITED AND AWB (U.S.A.) LIMITED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants AWB Limited and AWB (U.S.A.) Limited, by and through their undersigned counsel, state the following:

    1.    AWB Limited is a registered public company incorporated under the Australian Corporations Act 2001. It has no corporate parent. No publicly held corporation owns ten percent or more of AWB Limited's stock.

    2.    AWB (U.S.A.) Limited is a wholly owned subsidiary of AWB Limited.

2

December 14, 2007

                        CRAVATH, SWAINE & MOORE LLP

                        by _____
                               Robert H. Baron
                               Timothy G. Cameron
                                 Members of the Firm

                        825 Eighth Avenue
                          New York, NY 10019
                            (212) 474-1000

                      *Attorneys for Defendants AWB Limited and*
                      *AWB (U.S.A.) Limited*