UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAADYA MASTAFA and KAFIA ISMAIL,<br><br>                                  Plaintiffs,<br><br>         v.<br><br>AUSTRALIAN WHEAT BOARD LIMITED aka AWB LIMITED, AWB (U.S.A.) LIMITED, and BANQUE NATIONALE DE PARIS PARIBAS,<br><br>                                 Defendants. | ECF CASE<br><br>No. 07 CIV 7955 (GEL) |

**NOTICE OF MOTION TO DISMISS
THE CLASS ACTION COMPLAINT WITH PREJUDICE**

PLEASE TAKE NOTICE that, upon the Class Action Complaint, dated September 11, 2007, a copy of which is annexed hereto, the accompanying declarations of Daniel P. Roeser, executed December 14, 2007, and Craig Phillips, executed December 14, 2007, each with exhibits thereto, and the accompanying Memorandum of Law in Support of Defendants AWB Limited's and AWB (U.S.A.) Limited's Motion to Dismiss the Class Action Complaint with Prejudice, Defendants AWB Limited and AWB (U.S.A.) Limited hereby move this Court before the Honorable Gerard E. Lynch in Courtroom 6B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing with prejudice the Class Action Complaint and granting such other and further relief as the Court deems just and proper.

December 14, 2007.

                        CRAVATH, SWAINE & MOORE LLP

                        by
                              _____
                                Robert H. Baron
                                Timothy G. Cameron
                                  Members of the Firm

                    825 Eighth Avenue
                    New York, NY 10019
                      (212) 474-1000

*Attorneys for Defendants AWB Limited and AWB (U.S.A.) Limited*

To:

Mary S. Birkett
Dennis E. Murray, Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
   111 East Shoreline Drive
      Sandusky, OH 44871
         (419) 624-3000

*Attorneys for Plaintiffs*

William J. O'Brien, III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
      New York, NY 10036
         (212) 735-3000

Robert S. Bennett
Alan Kriegel
Jennifer L. Spaziano
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue, N.W.
      Washington, DC 20005
         (202) 371-7000

*Attorneys for Defendant BNP Paribas*