# EXHIBIT 2



# Commonwealth of Australia

# Gazette

No. S 274, Friday, 12 June 1998
Published by AusInfo, Canberra

**SPECIAL**

## COMMONWEALTH OF AUSTRALIA

### *WHEAT MARKETING ACT 1989*

Section 55D

Declaration of a Specified Company

I, JOHN DUNCAN ANDERSON, Minister for Primary Industries and Energy, hereby declare under section 55D of the *Wheat Marketing Act 1989* that AWB Limited (ACN 081 890 459) is nominated company A for the purposes of that Act.

Dated this  *FIRST*   day of June 1998


JOHN DUNCAN ANDERSON
Minister for Primary Industries and Energy

Produced by AusInfo
Cat. No. 98 2356 8   ISBN 0644 38625 8
ISSN 1032-2345
© Commonwealth of Australia, 1998

9 780644 386258

2   *Wheat Marketing Act 1989*

*Commonwealth of Australia Gazette*
*No. S 274, 12 June 1998*

# COMMONWEALTH OF AUSTRALIA

*WHEAT MARKETING ACT 1989*

Section 55F

Declaration of a Specified Company

I, JOHN DUNCAN ANDERSON, Minister for Primary Industries and Energy, hereby declare under section 55F of the *Wheat Marketing Act 1989* that AWB (International) Limited (ACN 081 890 413) is nominated company B for the purposes of that Act.

Dated this   FIRST   day of June 1998

*[signature]*

JOHN DUNCAN ANDERSON
Minister for Primary Industries and Energy

*Commonwealth of Australia Gazette*
*No. S 274, 12 June 1998*                                              Wheat Marketing Act 1989   3

# COMMONWEALTH OF AUSTRALIA

## *WHEAT MARKETING ACT 1989*

### Section 55H

### Declaration of a Specified Company

I, JOHN DUNCAN ANDERSON, Minister for Primary Industries and Energy, hereby declare under section 55H of the *Wheat Marketing Act 1989* that AWB (Australia) Limited (ACN 081 890 502) is nominated company C for the purposes of that Act.

Dated this          FIRST          day of June 1998

JOHN DUNCAN ANDERSON
Minister for Primary Industries and Energy