# EXHIBIT 5



| AWB LIMITED ABN 99 081 890 459 | Telephone 03 9209 2000 |
| 380 La Trobe Street, Melbourne, Victoria 3000, Australia | Facsimile 03 9670 2782 |
| GPO Box 4562, Melbourne, Victoria 3001, Australia | www.awb.com.au |

14 December 2007

Mr Craig Phillips,
Partner,
Allens Arthur Robinson,
Level 27, 530 Collins Street,
MELBOURNE  VIC  3000

Dear Mr. Phillips,

**AWB (USA) Limited and Ors ats Mastafa**

I refer to the above proceeding in the US District Court Southern District New York.

You have sought instructions as to whether AWB (USA) Limited **(AWBUSA)** is willing to submit to the in personam jurisdiction of the State and Federal Courts in Australia.  I confirm that AWBUSA is prepared to submit to such jurisdiction in respect of any proceeding pursued by the Mastafa plaintiffs in respect of the claims made in the Complaint in the above proceeding.

I would be grateful if you would communicate the position of AWBUSA on this issue to the District Court.

Yours sincerely,

Peter Patterson
Company Secretary
AWB (USA) Limited

I:\Exec_md\Peter Patterson\2007\Letters\PP_MA4110907