# EXHIBIT 6

# Introduction

## BNP Paribas in Australia

### Overview

**BNP Paribas has been supporting Australian enterprise for 126 years.** Established in Australia since 1881, BNP Paribas arrived here as the Comptoir National d'Escompte de Paris to finance the Australia-Europe wool trade. Until the deregulation of the Australian banking industry in the early 1980's, it was in the fortunate position of being the sole major foreign bank granted with a banking licence to operate within Australia.

125th anniversary logo

Today the Australian arm of the giant BNP Paribas Banking Group has offices in Sydney, Melbourne, Perth and Wellington (NZ), and currently employs over 700 staff. It is the 8th largest foreign bank by assets in Australasia (as at 30/06/2007).

In 2002, BNP Paribas acquired Cogent Investment Operations from AMP, now part of BP2S, a leading provider of custody services.

Since its inception, BNP Paribas has been a major participant in the Australian corporate lending and financial markets, and some of our client relationships have extended over 100 years.

### Our Expertise

**Corporate and Investment Banking**

Through the bank's specialist divisions we provide our clients with **a full range of innovative and customised solutions** in:

- Commodities and Trade Finance
- Project Finance and Export Finance
- Structured Finance, including Leverage Finance, Media / Telco, Acquisition Finance and Syndication
- Fixed Income and Structure Capital Market
- ALM/Treasury
- Coverage: Corporate and Financial Institutions

**Asset Management and Services (AMS)**

**BNP Paribas Investment Partners**
BNP Paribas Investment Partners (Australia) Limited (BNPPIP) focuses on the provision of International and Global asset management classes to the Australian market.

**Securities Services**
In 2002 the bank acquired Cogent Investment Operations from AMP, now part of the global BNP Paribas Securities Services, a leading provider of funds management, custody and administration services in the UK, Europe and Australia.

BP2S Mission is to provide clearing, settlement and custody services, as well as Global Fund Services, Global Corporate Trust solutions, and Global Liquidity Services.

All of these business lines are part of our global network, and can directly access services, advice and support from our global operations.

Copyright BNP Paribas

Close this window