# EXHIBIT C

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
202-371-7872
DIRECT FAX
202-661-8327
EMAIL ADDRESS
JSPAZIAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 13, 2007

**VIA ELECTRONIC MAIL and U.S. MAIL**

Timothy G. Cameron, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

RE:   Mastafa et al. v. AWB Limited et al.

Dear Mr. Cameron:

This letter responds to your inquiry regarding the position of BNP Paribas (the "Bank") with respect to the dismissal of the captioned lawsuit in favor of Australia pursuant to the doctrine of forum non conveniens. As will be described in detail in the Bank's memorandum of law in support of its motion to dismiss Plaintiffs' Class Action Complaint to be filed on December 14, 2007, the Bank believes that the captioned lawsuit should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) because Plaintiffs lack constitutional standing to pursue the claims asserted, because the district court lacks subject matter jurisdiction over Plaintiffs' claims and because Plaintiffs have failed to and cannot state a claim against the Bank. However, should the Court resolve this matter on forum non conveniens grounds, the Bank has no objection to the captioned lawsuit being dismissed in favor of Australia.

Sincerely,

*Jen Spaziano*

Jennifer L. Spaziano

750184-D.C. Server 2A - MSW