# EXHIBIT D





Democratic Governance >> Arab Countries Profiles >> Iraq In Brief

**Country Flag**: 

**Name of Country**: Republic of Iraq (JumhuriyaT al Iraq)

**Map of Country**: UN Map, Aug. 1996 (PDF, 230 KB)

**Name of Capital City**: Baghdad

**Type of State**: Republic/Federal

**Administrative Divisions**:
- 18 governorates (muhafazat): Al Anbar, Al Basrah, Al Muthanna, Al Qadisiyah, An Najaf, At Ta'mim, Babil, Baghdad, Dhi Qar, Diyala, Karbala', Maysan, Ninawa, Salahad Din, Wasit, Arbil, As-Sulaymaniyah, and Dahuk. The last three are situated in the Kurdish Autonomous Region in the North.

**Date of Independence**:
- A kingdom, independent from the League of Nations mandate under British administration, was proclaimed on October 3, 1932.
- A republic was declared on July 14, 1958.

**Date of Constitution**:
- A provisional constitution was promulgated on September 22, 1968 and went into effect on July 16, 1970.
- A new interim constitution was adopted in 1990.
- A permanent Constitution was approved by public referendum on October 15, 2005. The constitution comes into effect with the elections of the Council of Representatives as stipulated by the constitution and scheduled for December 15, 2005.

**Head of State**:
- The National Assembly re-elected President Jalal Talibani on April 22, 2006 for a second term in office. He is the first Kurd to be elected as president of Iraq. Two vice presidents were also elected, they are Mr. Adel Abdel Mahdi (Shiite) and Mr. Tareq Al-Hashimi (Sunni). The three officials constitute the presidency council.



**Executive Branch**:
- The executive authority consists of the Presidency Council, the Council of Ministers, and its presiding Prime Minister.
- The Presidency Council consists of the president and two deputies, to be elected by the National Assembly.
- The Presidential Council unanimously appointed Mr. Jawad Al-Maliki (Shiite) as

prime minister on April 22, 2006.

**Legislative Branch**:
■ The National Assembly elected Dr. Mahmoud Mash-hadani (Sunni) as its speaker on April 22, 2006. The federal legislative authority is made up of the Council of Representatives (Parliament) and the Council of Union.

**Judiciary Branch**:
■ The Judiciary is independent and represented by courts of different kinds and levels, and they issue their rulings according to law. No authority can interfere in the judiciary or in the affairs of justice. The Federal Judiciary includes the Supreme Judiciary Council, the Supreme Federal Court, the Federal Cassation Court, the Prosecutor's Office, the Judiciary Inspection Department and other federal courts.
■ The Iraqi court system is divided into the Civil Courts, Courts of Personal Status, and Criminal Courts.
■ The court hierarchy consists of Courts of First Instance, Courts of Appeal, and Courts of Cassation, a Federal Court of Cassation, and a new Federal Supreme Court consisting of nine members to be appointed by the Presidency Council. One Supreme Court judge is to preside over the Higher Juridical Council.
■ The Courts of Personal Status have jurisdiction in all matters of first instance related to personal status of Muslims. Jurors of the Shari'a Courts are either qadis, or religious judges, or judges from civil courts.
■ Decisions made by the Courts of Appeal, in both civil and criminal matters, may be appealed to the Courts of Cassation and to the Federal Court of Cassation, which is normally the court of last resort. Under some circumstances further appeals may be made to the Federal Supreme Court. This Court is the highest judicial authority in the land.
■ The Iraqi Special Tribunal for Crimes Against Humanity was established on December 10, 2003, and reconfirmed by the Law of Administration for the State of Iraq for the Transitional Period, as were the Commission on Public Integrity, the Iraqi Property Claims Commission, and the Higher National De-Ba'athification Commission.

**Relationship Between the Three Branches**:



**Elections**:
■ Suffrage is universal and the minimum voting age is 18.
■ The parliamentary elections took place on January 30, 2005.

**Membership in International Organizations**:
■ United Nations: December 21, 1945.
■ International Monetary Fund (IMF): December 27, 1945.
■ World Trade Organization (WTO): not a member.
■ Rome Statute for the International Criminal Court (ICC): not signed.

**World Bank**:
■ The International Bank for Reconstruction and Development (IBRD): December 27, 1945.
■ International Finance Corporation (IFC): December 27, 1956.
■ Multilateral Investment Guarantee Agency (MIGA): not a member.
■ International Centre for Settlement of Investment Disputes (ICSID): not a member.

**Ratification of International Conventions**:
■ Human Rights Conventions

- International Labor Organization (ILO) Conventions
- UN Conventions against Corruption and Transnational Organized Crime

**Associational Life:**