**MEMO ENDORSED**

RECEIVED
DATE 12/8/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Saadya Mastafa, et al.       )   Case No. 07 CIV 7955
                             )
        Plaintiffs,          )   Judge Kaplan
                             )
    v.                       )
                             )
Australian Wheat Board Limited, et al.  )
                             )
        Defendants.          )

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mary S. Birkett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Leslie O. Murray
Firm Name:          Murray & Murray Co., LPA
Address:            111 East Shoreline Drive
City/State/Zip:     Sandusky, Ohio 44870
Telephone:          (419) 624-3010
Facsimile:          (419) 624-0707

Leslie O. Murray is a member in good standing of the Bar of the State of Ohio.

There are no pending disciplinary proceedings against Leslie O. Murray in any state or federal court.

SO ORDERED

LEWIS A. KAPLAN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

Dated: October 29, 2007
Sandusky, Ohio

                                  Respectfully submitted,

                                  _/s/ Mary S. Birkett_

| | |
|---|---|
| Sponsor's Name: | Mary S. Birkett |
| Firm Name: | Murray & Murray Co., LPA |
| Address: | 111 East Shoreline Drive |
| City/State/Zip: | Sandusky, Ohio 44870 |
| Telephone: | (419) 626-7003 |
| Facsimile: | (419) 624-0707 |