```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAADYA MASTAFA, et al.,

                Plaintiffs,

vs.

AUSTRALIAN WHEAT BOARD LIMITED, et al.,

                Defendants.

07 CV 7955 (GEL)

ECF CASE

STIPULATION AND
[~~PROPOSED~~] ORDER

---

Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, in accordance with the schedule set forth in the Stipulation and Order so ordered by this Court on November 13, 2007, each of the Defendants filed a motion to dismiss this case on December 14, 2007; and

WHEREAS, in accordance with the schedule set forth in the Stipulation and Order so ordered by this Court on November 13, 2007, Plaintiffs' papers in opposition to each Defendant's motion to dismiss are currently due to be served and filed on or before January 25, 2008, and each Defendant's reply papers in further support of its motion to dismiss are currently due to be served and filed on or before February 22, 2008; and

WHEREAS, Plaintiffs' counsel has requested additional time (specifically, a four-week extension) to serve and file papers in opposition to each Defendant's motion to dismiss; and

WHEREAS, this is the first request for a continuance of the time for filing Plaintiffs' opposition papers; and

WHEREAS, counsel for Plaintiffs and counsel for Defendants have discussed Plaintiffs' counsel's request for additional time, and a resulting proposed revised briefing schedule, and Defendants do not object to Plaintiffs' counsel's request.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, subject to approval by this Court, as follows:

1. Plaintiffs' memorandum of law in opposition to each Defendant's motion to dismiss shall be served and filed on or before **February 22, 2008**.

2. Each Defendant's reply memorandum of law in further support of its motion to dismiss shall be served and filed on or before **April 7, 2008**.

3. Within 14 days following the resolution of all motions pursuant to Fed. R. Civ. P. 12(b), unless this action shall have been dismissed in its entirety, counsel for all parties remaining in the action shall meet and confer regarding a proposed schedule for (a) Fed. R. Civ. P. 26(a)(1) disclosures, (b) discovery with respect to class certification issues, and (c) discovery with respect to the merits of the action, and a proposed Civil Case Management Plan ("CCMP"). Within 10 days thereafter, the parties shall submit an agreed CCMP for the Court's approval or, if there are any disagreements with respect to the matters to be addressed in the CCMP, shall submit such disputes to the Court for resolution. This Stipulation shall not waive or prejudice the right of Plaintiffs to seek appropriate discovery in connection with this Court's consideration of a motion to dismiss pursuant to Fed. R. Civ. P. 12(b) with respect to a matter that is raised by any defendant as a ground for such a motion.

4. All other provisions of the Stipulation and Order so ordered by this Court on November 13, 2007, not expressly altered herein shall remain in full force and effect.

Dated: January 8, 2008

Respectfully submitted,

MURRAY & MURRAY CO., L.P.A.

By_____
    MARY S. BIRKETT
    DENNIS E. MURRAY, Sr.
    JOHN T. MURRAY
    LESLIE O. MURRAY

111 East Shoreline Drive
Sandusky, OH 44871
Telephone: (419) 624-3000
Telecopy: (419) 624-0707
Email: mso@murrayandmurray.com
       dennis@murrayandmurray.com
       jotm@murrayandmurray.com
       leslie@murrayandmurray.com

**Counsel for Plaintiffs**


CRAVATH, SWAINE & MOORE LLP


By_____
    Robert H. Baron
    Timothy G. Cameron

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: rbaron@cravath.com
       tcameron@cravath.com

**Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited**

Dated: January ____, 2008

Respectfully submitted,

MURRAY & MURRAY CO., L.P.A.


By_____
    MARY S. BIRKETT
    DENNIS E. MURRAY, Sr.
    JOHN T. MURRAY
    LESLIE O. MURRAY

111 East Shoreline Drive
Sandusky, OH 44871
Telephone: (419) 624-3000
Telecopy: (419) 624-0707
Email: mso@murrayandmurray.com
       dennis@murrayandmurray.com
       jotm@murrayandmurray.com
       leslie@murrayandmurray.com

**Counsel for Plaintiffs**


CRAVATH, SWAINE & MOORE LLP


By_____
    Robert H. Baron
    Timothy G. Cameron

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: rbaron@cravath.com
       tcameron@cravath.com

**Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _____
William J. O'Brien, III

Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1
Email: william.obrien@skadden.com

Robert S. Bennett
Jennifer L. Spaziano
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: robert.bennett@skadden.com
        jen.spaziano@skadden.com

**Counsel for Defendant BNP Paribas**

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.
1/10/08

4