IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saadya Mastafa and Kafia Ismail )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Australian Wheat Board Limited aka AWB )<br>Limited and AWB (U.S.A.) Limited and )<br>BNP Paribas, )<br>Defendants. ) | Case No.: 07 CIV 7955<br><br>Judge: Honorable Gerard E. Lynch |

**DECLARATION OF JOHN T. MURRAY IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS AWB LIMITED, AWB (U.S.A.) LIMITED, AND BNP PARIBAS MOTIONS TO DISMISS**

John T. Murray hereby declares as follows:

1. I am a member of the Bar of this Court and a Partner of the firm Murray & Murray Co., L.P.A., counsel for Saadya Mastafa and Kafia Ismail, on behalf of themselves and all others similarly situated in this Action.

2. Attached hereto as Exhibit 1 is a true and correct copy of Security Council Resolution 986, U.N. Doc. S/RES/986, dated April 14, 1995 ("Resolution 986").

3. Attached hereto as Exhibit 2 is a true and correct copy of Security Council Resolution 661, U.N. Doc. S/RES/0661, dated August 6, 1990 ("Resolution 661").

4. Attached hereto as Exhibit 3 is a true and correct copy of the Memorandum of Understanding Between the Secretariat of the United Nations and the Government of Iraq on Implementation of Security Council Resolution 986, U.N. Doc. S/1996/356, dated May 20, 1996.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the relevant pages of *Prosecutor v. Tadic* (Case No. IT-94-1-T), Opinion and judgment, May 7, 1997. A full copy can be found at http://www.un.org/icty/cases-e/index-e.htm.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the relevant pages of *Prosecutor v. Furundzija* (Case No. IT-95-17/1-T), Judgment, Dec. 10, 1998. A full copy can be found at http://www.un.org/icty/cases-e/index-e.htm.

7.     Attached hereto as Exhibit 6 is a true and correct copy of the *Bowoto v. Chevron Corp*. 2007 WL 2349341(N.D. Cal. August 14, 2007).

8.     Attached hereto as Exhibit 7 is a true and correct copy of the "Statement attributable to the Spokesman for the Secretary-General on the Final Report of the Independent Inquiry on oil for food", New York, 27 October 2005. www.un.org/apps/sg/sgstats.asp.

9.     Attached hereto as Exhibit 8 is a true and correct copy of the New York Times Article: "Two Members of Hussein Tribunal Are Assassinated in Baghdad," March 2, 2005, by Robert F. Worth and The Independent's Article: "Murder of Iraqi judge sends out warning over Saddam trial," March 3, 2005, by David Enders.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the *Pinochet Case*: Spain-Chile: Writ of the Instructing Court accepting the Jurisdiction in the Pinochet case, Summary Proceeding 1/98-J, AUDIENCIA NACIONAL, CENTRAL INVESTIGATORY COURT, NUMBER SIX, MADRID, September 20, 1998.

11.    A true and correct copy of the report of the Independent Inquiry Committee into the United Nations Oil-For-Food-Programme ("IIC"), by Paul A. Volker, Chair, entitled *Manipulation of the Oil-For-Food-Programme By the Iraqi Regime* (Oct. 27, 2005) (the "Volker Report" or "IIC Report") can be found at www.iic0offp.org.

3

12.    A true and correct copy of the report of the Royal Commission led by Honourable Terence Cole AO RFD QC ("Cole Commission"), entitled *Report Of The Inquiry Into Certain Australian Companies In Relation To The UN Oil-For-Food-Programme* (Nov. 24, 2006) (the "Cole Inquiry") can be found at www.offi.gov.au.

I declare, under penalty of perjury, that the foregoing is true and correct.
Executed on February 22, 2008

*/s/ John T. Murray*
John T. Murray